# United States District Court

### EASTERN DISTRICT OF MISSOURI

FILED
JUL - 2 2008
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA

V.

WAQUITA WALLACE
a/k/a "Goddess"

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08MJ1176 TIA-1

I, Cynthia Dockery, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between May 2008, and June 29, 2008, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

knowingly in or affecting interstate commerce, recruit, harbor, provide or obtain a person knowing that force, fraud or coercion would be used to cause that person to engage in a commercial sex act,

in violation of Title 18, United States code, Section 1591(a), and

knowingly and willfully hold a person to involuntary servitude,

in violation of Title 18, United States Code, Section 1584

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** Yes    No_ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Special Agent Cynthia Dockery
Federal Bureau of Investigation

July 2, 2008
Date

at St. Louis, Missouri
City and State

Honorable Terry I. Adelman
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court
## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

APRIL LAST NAME UNKNOWN (LNU)

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08MJ 1176 TIA-2

I, Cynthia Dockery, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between May 2008, and June 29, 2008, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

knowingly in or affecting interstate commerce, recruit, harbor, provide or obtain a person knowing that force, fraud or coercion would be used to cause that person to engage in a commercial sex act,

in violation of Title 18, United States code, Section 1591(a), and

knowingly and willfully hold a person to involuntary servitude,

in violation of Title 18, United States Code, Section 1584

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**    **X** Yes    No_ No

Signature of Complainant
Special Agent Cynthia Dockery
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

July 2, 2008
Date

at St. Louis, Missouri
City and State

Honorable Terry I. Adelman
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# United States District Court
## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

RICHARD MARQUIS HARPER

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:08MJ 1176 TIA-3

I, Cynthia Dockery, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between May 2008, and June 29, 2008, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

knowingly in or affecting interstate commerce, recruit, harbor, provide or obtain a person knowing that force, fraud or coercion would be used to cause that person to engage in a commercial sex act,

in violation of Title 18, United States code, Section 1591(a), and

knowingly and willfully hold a person to involuntary servitude,

in violation of Title 18, United States Code, Section 1584

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**     **X** Yes     No_ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Special Agent Cynthia Dockery
Federal Bureau of Investigation

July 2, 2008
Date

at St. Louis, Missouri
City and State

Honorable Terry I. Adelman
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer